**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1692**

JOHN M. BARNES,

             Plaintiff - Appellant,

        v.

ARTEX FINE ART SERVICES,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge. (8:14-cv-00040-RWT)

Submitted:  October 16, 2014          Decided:  October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John M. Barnes, Appellant Pro Se.  Ariana Wright Arnold, Alex Chad Weinstein, JACKSON LEWIS PC, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Barnes appeals the district court's order dismissing his complaint alleging age discrimination as untimely and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, although we grant Barnes leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Barnes v. Artex Fine Art Servs.</u>, No. 8:14-cv-00040-RWT (D. Md. filed June 9, 2014; entered June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>